UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLUMBIA GAS TRANSMISSION
CORPORATION,

               Plaintiff,

       v.

RANDY SAUSCHUCK and BARBARA
SAUSCHUCK,

               Defendants.
------------------------------------------------------------X

Civil Action No.

**COLUMBIA GAS TRANSMISSION CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

     Pursuant to Fed. R. Civ. P. 7.1(a) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Columbia Gas Transmission Corporation certifies that the following are parent corporations and any publicly held corporations that own 10% or more of the stock of Columbia Gas Transmission Corporation:

               NiSource, Inc.

Dated:  New York, New York
           January 8, 2007

                         REED SMITH LLP

                         By: _____
                             Scott S. McKessy (SM-5479)
                        599 Lexington Avenue
                        New York, New York 10022
                        (212) 521-5400
                        Counsel for Plaintiff
                        Columbia Gas Transmission Corporation

NYLIB-407227.1