**WALSH INVESTIGATIVE AND SECURITY CONSULTANTS, INC.**
<u>PO Box 524, Fishkill, New York 12524 Phone: (845) 898-3566</u>

Client: REED SMITH LLP
Index No.: 07 CV 136
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
COLUMBIA GAS TRANSMISSION
CORPORATION,
           Plaintiff/Petitioner          AFFIDAVIT OF SERVICE

       -against-

RANDY SAUSCHUCK and BARBARA SAUSCHUCK,

           Defendant/Respondent
------------------------------------x
STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on **01/17/07** at **8:00 AM**, at **SAUSCHUCK EXCAVATING, 26 HOOK RD., SPARROWBUSH, NY, 12780** deponent served the within **CIVIL COVER SHEET, COLUMBIA GAS TRANSMISSION CORPORATION'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK** on **RANDY SAUSCHUCK** DEFENDANT therein named,

Individual  by delivering a true copy of each to said DEFENDANT personally; deponent knew the person so served to be the person described as said DEFENDANT therein.
At the time of service, deponent asked whether DEFENDANT is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

Description  Skin: **WHITE**   Sex: **MALE**   Hair: **BROWN**
             Weight: **185**  Height: **5'10**  Age: **35**   Other Identifying
             Features: **MUSTACHE**

Sworn to before me this
17th. day of January 2007

_____                      _____
Heather Lee Lawson                                  LINDA JOHNSON
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10