RFL/loc                        11417-55605                        391033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COLUMBIA GAS TRANSMISSION CORPORATION,

                              Plaintiff,

    -against-

RANDY SAUSCHUCK and BARBARA SAUSCHUCK.

                              Defendants.
----------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 07 CV 136

STATE OF NEW YORK)
                ) ss.:
COUNTY OF ORANGE )

    CAROL M. GRANT, being duly sworn, deposes and says:

    1.  I am not a party to this action, am over 18 years of age, and reside at Plattekill, New York.

    2.  On January 25, 2007, I served a true copy of the annexed Verified Answer, in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository for the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:  REED SMITH, LLP
     Scott S. McKessy (SM-5479)
     Attorneys for Plaintiff
     Columbia Gas Transmission Corporation
     599 Lexington Avenue
     New York, New York  10022
     Tel. No. (212) 521-5400

Sworn to before me this
25th day of January, 2007.

_____                    _____
Notary Public                              CAROL M. GRANT

C. JUDITH ROSCINO
Notary Public State of New York
No. 4640545
Qualified in Orange County
Commission Expires Oct. 31, 20_10_

TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
P.O. BOX 1479 • NEWBURGH, N.Y. 12551 • (845) 565-1100