RFL/loc                     11417-55605                          391033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
COLUMBIA GAS TRANSMISSION CORPORATION,

                        Plaintiff,

    -against-

RANDY SAUSCHUCK and BARBARA SAUSCHUCK.

                       Defendants.
----------------------------------------X

**AFFIDAVIT OF SERVICE**

Index No. 07 CV 136

STATE OF NEW YORK)
                ) ss.:
COUNTY OF ORANGE )

    CAROL M. GRANT, being duly sworn, deposes and says:

    1.  I am not a party to this action, am over 18 years of age, and reside at Plattekill, New York.

    2.  On January 25, 2007, I served a true copy of the annexed Demands for Disclosure, in the following manner:

    By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository for the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   REED SMITH, LLP
      Scott S. McKessy (SM-5479)
      Attorneys for Plaintiff
      Columbia Gas Transmission Corporation
      599 Lexington Avenue
      New York, New York  10022
      Tel. No. (212) 521-5400

Sworn to before me this
25th day of January, 2007.

_____                         _____
    Notary Public                                    CAROL M. GRANT

C. JUDITH ROSCINO
Notary Public State of New York
No. 4640545
Qualified in Orange County
Commission Expires Oct. 31, 20__

TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
P.O. BOX 1479  •  NEWBURGH, N.Y. 12551  •  (845) 565-1100