RFL/loc                              11417-55605                              390917

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
COLUMBIA GAS TRANSMISSION CORPORATION,

                             Plaintiff,

    -against-

RANDY SAUSCHUCK and BARBARA SAUSCHUCK.

                            Defendants.
-----------------------------------------X

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

Index No. 07 CV 136

SIRS:

    PLEASE TAKE NOTICE that pursuant to CPLR 3106, *et* *seq*., defendants, RANDY SAUSCHUCK and BARBARA SAUSCHUCK, will take testimony upon oral examination as follows:

| | |
|---|---|
| PERSON(S) TO BE DEPOSED: | PLAINTIFF |
| DATE AND TIME: | February 20, 2007 at 10:00 a.m. |
| PLACE: | TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC<br>One Corwin Court<br>Newburgh, New York 12550 |
| BEFORE WHOM: | A notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of consanguinity or affinity to a party herein. |

    PLEASE TAKE FURTHER NOTICE that the said person to be examined is required to produce at such examination the following: any and all books, records, papers, documents, correspondence, memoranda, etc., relating to the facts at issue herein.

RFL/loc                           11417-55605                                    390917

Dated:  Newburgh, New York
        January 25, 2007

                                        Yours, etc.,

                                        TARSHIS, CATANIA, LIBERTH, MAHON
                                        & MILLIGRAM, PLLC

                                By:_____
                                        RICHARD F. LIBERTH, ESQ.(RFL-0316)
                                        Attorneys for Defendants
                                        RANDY SAUSCHUCK and BARBARA
                                        SAUSCHUCK
                                        One Corwin Court
                                        P.O. Box 1479
                                        Newburgh, New York 12550
                                        Tel. No. (845) 565-1100

TO:  REED SMITH, LLP
     Scott S. McKessy (SM-5479)
     Attorneys for Plaintiff
     Columbia Gas Transmission Corporation
     599 Lexington Avenue
     New York, New York  10022
     Tel. No. (212) 521-5400