TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. Taxation
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II
STEVEN I. MILLIGRAM
RHETT D. WEIRES
PAUL S. ERNENWEIN

BANKRUPTCY COUNSEL
LAWRENCE M. KLEIN

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655

FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

E-MAIL tclmm@tclmm.com
www.tclmm.com

RALPH L. PUGLIELLE, JR.
HOBART J. SIMPSON
MARK L. SCHUH
NICHOLAS A. PASCALE
JULIA GOINGS-PERROT
DANIEL F. SULLIVAN
PATRICIA S. PEREZ
JASON D. MINARD
LYNN A. PISCOPO

**WRITER'S DIRECT NO.**
(845) 569-4311

**WRITER'S E-MAIL**
rliberth@tclmm.com

January 24, 2008

VIA FACSIMILE: 914-390-4085

Honorable Charles Brieant
US District Court South
US Courthouse
300 Quarropas Street
Room 275
White Plains, NY 10601

      Re:    Sauschuck Adv Columbia Gas Transmission
              Index No: 07-136(CLB)
              Our File No. 11417-55605

Dear Judge Brieant:

      This letter confirms my telephone conversation with your law clerk wherein the Status Conference for the above referenced matter has been rescheduled to February 8, 2008, at 9:30 a.m.

      Thank you for your patient with this matter.

                                      Very truly yours,

                                      RICHARD F. LIBERTH

RFL/ts/429317
cc: Scott S. McKessy, Esq. (via facsimile – 1-212-521-5450)

*Pursuant to IRS Regulations, any tax advice contained in this communication or attachments is not intended to be used and cannot be used for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related matter.*