Scott S. McKessy, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
*Attorneys for Plaintiff*
*Columbia Gas Transmission Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COLUMBIA GAS TRANSMISSION CORPORATION,

    Plaintiff,

    v.

RANDY SAUSCHUCK and BARBARA SAUSCHUCK,

    Defendants.
------------------------------------------------------X

Civil Action No. 07-136(CLB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** & ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for all of the parties in the above-captioned action, that whereas none of the parties is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Date: New York, New York
      February 7, 2008

REED SMITH LLP

By: _____
    Scott S. McKessy, Esq.
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*Columbia Gas Transmission Corp.*

TARSHIS, CATANIA, LIBERTH,
MAHON & MILLIGRAM, PLLC

By: _____
    Richard F. Liberth, Esq.
One Corwin Court, P.O. Box 1479
Newburgh, New York 12550

*Attorneys for Defendants*
*Randy Sauschuck and*
*Barbara Sauschuck*

SO ORDERED: February 8, 2008

_____
    U.S.D.J.